**Robert POSEY, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 36042.

Court of Criminal Appeals of Texas.

Dec. 11, 1963.

Ben Hagman, Weatherford, for appellant.

John R. Lindsey, Dist. Atty., Weatherford, and Leon B. Douglas, State's Atty., Austin, for the State.

MORRISON, Judge.

The State moves to dismiss the appeal from a conviction for cattle theft with punishment enhanced by two prior non-capital felony convictions.

It is made to appear by said motion and the affidavit of the Sheriff of Parker County that on November 22, 1963, while this appeal was pending, the appellant escaped from jail and from custody.

The motion is granted, our prior opinion is withdrawn and the appeal is dismissed. (Art. 824 C.C.P.)